IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| THOMAS BERRY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MEADWESTVACO PACKAGING )<br>SYSTEMS, LLC, )<br>)<br>Defendant. ) | Case No. 3:10cv78-WHA-WC<br>(WO) |

## JUDGMENT

In accordance with the Order entered on this day granting the Defendant's Motion for Summary Judgment,

Judgment is hereby entered in favor of the Defendant, MeadWestvaco, and against the Plaintiff, Thomas Berry, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiff.


Done this 14th day of March, 2011


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE